IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO.: 5:20-CV-00641-BO

XAVIER SMITH, )
    Plaintiff, )
) ORDER FOR APPROVAL OF
v. ) ATTORNEY'S FEES UNDER
) 42 U.S.C.A. § 406(b)
)
)
KILOLO KIJAKAZI, )
Acting Commissioner of Social Security, )
    Defendant. )

On motion of Plaintiff's counsel, and for good cause shown, IT IS ORDERED, pursuant to 42 U.S.C. § 406(b), that Plaintiff's counsel be awarded attorney's fees in the amount of ~~$10,408.22~~ *10,000 $ TWB*.

This, the 17 day of May, 2023.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge