UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| XAVIER SMITH, | |
| Plaintiff, | |
| v. | **JUDGMENT ON ATTORNEY FEES** |
| KILOLO KIJAKAZI, | 5:20-CV-641-BO |
| Acting Commissioner of Social Security, | |
| Defendant. | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to 42 U.S.C. § 406(b), that Plaintiffs counsel be awarded attorney's fees in the amount of $10,000.00.

**This judgment filed and entered on May 17, 2023, and served on:**
R. David Wicker, Jr. (via CM/ECF NEF)
Lisa Rayo (via CM/ECF NEF)
Amanda Gilman (via CM/ECF NEF)
Keeya Jeffrey (via CM/ECF NEF)
Cassia Parson (via CM/ECF NEF)

May 17, 2023

PETER A. MOORE, JR., CLERK

 /s/Lindsay Stouch
By: Deputy Clerk